United States District Court
Northern District of New York

# JUDGMENT

**ANN DAGRO**

                  **Plaintiff**

                **VS.**                    **5:03-CV-1069 (HGM) (GJD)**

**CORNELL UNIVERSITY; HARRIET INK; and SCOTT SCHOONOVER**

                **Defendants'**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendants' motion to dismiss is granted and the complaint is hereby dismissed. Judgment is entered in favor of the defendants' Cornell University, Harriet Ink and Scott Schoonover.

All of the above pursuant to the Order of the Honorable Senior Judge Howard G. Munson dated the 24th day of May, 2007.


MAY 25, 2007                                  LAWRENCE K. BAERMAN

**DATE**                                              **CLERK OF COURT**

                                                          s/

                                                      **JOANNE BLESKOSKI**
                                                      **DEPUTY CLERK**